UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Roger James Silverio Jr.,

Case No. 26-16903-CAP
Chapter 13

Debtor.
_______________________________/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, NewRez LLC as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-3 ("Secured Creditor") and files its Objection to Confirmation of the Debtor's Chapter 13 Plan (ECF No. 15) and states:

1. On or about January 18, 2007, Debtor executed a Note and Mortgage for the real property located at 6200 Southwest 16th Street, North Lauderdale, FL 33068 (the "Property").

2. Secured Creditor holds a first mortgage security interest in the Debtor's real property located at 6200 Southwest 16th Street, North Lauderdale, FL 33068.

3. Pursuant to the Proof of Claim being finalized, the monthly mortgage payment should be $1,986.55, and pre-petition arrears owed in the approximate amount of $105,283.01. This Proof of Claim will be filed before the Bar Date of August 5, 2026.

4. On June 10, 2026, Debtor filed a Chapter 13 Plan with this Court. The Plan proposes a MMM post-petition payment in the amount of $1,600.00 for months one through sixty (1-60) paid to the Trustee. Debtor's Plan does not include any arrearage owed to Secured Creditor.

5. The Plan, as proposed, does not provide any arrears owed to Secured Creditor and is based off a Mediation that has not occurred and may not result in a Modification.

**WHEREFORE**, Secured Creditor, respectfully requests confirmation of the Debtor's Chapter 13 Plan be denied until such time as Debtor proposes to pay back the total arrearages due and owing and correct monthly post-petition payment amount.

Dated: July 1, 2026

Respectfully submitted,

/s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar 98106
Hill Wallack LLP
Attorney for Secured Creditor
300 S. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 561-858-2661
Email: lrushing@hillwallack.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 1st day of July 2026, a copy of the foregoing Objection to Confirmation of Plan was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the following:

**VIA FIRST CLASS MAIL**

Roger James Silverio Jr
6200 SW 16 St
N Lauderdale, FL 33068
**Debtor**

**VIA CM/ECF NOTICE**

Conwade D. Lewis, Esq.
3890 West Commercial Blvd Ste#225
Tamarac, FL 33309
vwlewis@aol.com
***Debtor Attorney***

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130
USTPRegion21.MM.ECF@usdoj.gov
***U.S. Trustee***

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355
auto-forward-ecf@ch13weiner.com
***Trustee***

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

/s/ Leslie Rushing
Leslie Rushing, Esq.
Florida Bar 98106
Hill Wallack LLP
Attorney for Secured Creditor
300 S. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: 561-858-2661
Email: lrushing@hillwallack.com