**CGFD43** (6/01/2026)

**ORDERED in the Southern District of Florida on September 3, 2026**

**Craig A Pugatch**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 26−16903−CAP**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Roger James Silverio Jr
6200 SW 16 St
N Lauderdale, FL 33068

SSN: xxx−xx−6673

## ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE

This case came before the court for confirmation of a chapter 13 plan. Based on the record, it is **ORDERED** as follows:

1. Confirmation of the chapter 13 plan is denied.
2. This case is dismissed.

3. All pending motions are denied as moot.

4. The trustee must file a final report before the case is administrativly closed.

5. Under Local Rule 1017−1(e), all unpaid fees owed to the clerk − either under 28 U.S.C. § 1930 or any court order − remain due and owing upon dismissal of this case. The unpaid balance of **$0.00** is payable to the Clerk of the Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301.

6. Any motion for relief from this order must comply with Local Rule 9024−1.

The clerk is directed to serve a copy of this order on all parties of record.

*# # #*